# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CUSTOM FAB, INC.,**

      **Plaintiff,**

**v.**                                                  **Case No:  6:13-cv-1511-Orl-31DAB**

**TARA KIRKLAND,**

      **Defendant.**

## ORDER

This matter is before the Court on Plaintiff's Motion for Preliminary Injunction (Doc. 12) ("Motion for Injunction") and Defendants' Motion to Dismiss or in the alternative Motion for Transfer of Venue (Doc. 13) ("Motion to Dismiss"). On November 8, 2013 Plaintiff filed its Verified Amended Complaint (Doc. 16) which dropped Custom Pipe & Coupling Co., Inc. ("Custom Pipe") as a defendant. The Motion for Injunction requested relief against both Defendant Tara Kirkland and Custom Pipe. Accordingly, at least part of the Motion for Injunction was mooted by the Amended Complaint.

It is therefore,

**ORDERED** that the Motion for Injunction (Doc. 12) is **DENIED AS MOOT**. Plaintiff has leave to file an amended motion for preliminary injunction based on the facts and parties included in the Amended Complaint. It is also **ORDERED** that the Motion to Dismiss (Doc. 13) is **DENIED AS MOOT**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 18, 2013.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party